John D. DUNCAN, Plaintiff, Appellant,

v.

Curtis M. PAYSON et al., Defendants. Appellees.

No. 5687.

United States Court of Appeals First Circuit.

Oct. 18, 1960.

Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.

John D. Duncan, pro se, on brief for appellant.

Roger A. Putnam, Portland, on brief for appellees.

PER CURIAM.

The order of the District Court is affirmed.